# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NESTOR LABASTIDA,

    Plaintiff,

v.                                                       CASE NO.  8:19-cv-419-T-02SPF

TEAM LANDWAY LOGISTICS LLC
and WILSON GARCIA,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Approval and Dismissal with Prejudice (Dkt. 13) is **granted**. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A (Dkt. 13-1). This case is dismissed with prejudice. The clerk is directed to terminate any pending motions and/or deadlines and to **CLOSE** this case.

    **DONE AND ORDERED** at Tampa, Florida, on May 22, 2019.

                                                    s/*William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record